# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ERNEST ADKINS, | : | No. 157 EM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| MS. DUGAN, ESQ., MR. HETZNECKER, | : | |
| ESQ., MR. GLEESON, ESQ. (LAW | : | |
| PARTNERS) | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.